IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JUAN MANUEL ORTIZ-ALVEAR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 309-092 |
| ) | |
| WALT WELLS, Warden, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Eric Holder, Jr., the Attorney General of the United States is **DISMISSED**, the petition filed pursuant to 28 U.S.C. § 1983 is **DENIED**, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of Respondent Wells.

SO ORDERED this ___ day of August, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE